```
                                  FILED
                              April 20, 2012
                           CLERK, US DISTRICT COURT
                           EASTERN DISTRICT OF
                                CALIFORNIA
                               DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:12MJ00103-GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| TIFFANY SHALIA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIFFANY SHALIA BROWN__ , Case No. __2:12MJ00103-GGH__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of $__

          __     Unsecured Appearance Bond

          __     Appearance Bond with 10% Deposit

          __     Appearance Bond with Surety

          __     Corporate Surety Bail Bond

    ✔     (Other)     __Pretrial conditions as previously ordered.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 20, 2012__ at __3:28 pm__ .

By    /s/ Gregory G. Hollows
       Gregory G. Hollows
       United States Magistrate Judge

Copy 5 - Court