UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FILED** | |
| April 20, 2012 | |
| CLERK, US DISTRICT COURT | |
| EASTERN DISTRICT OF | |
| CALIFORNIA | |
| DEPUTY CLERK | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| TIFFANY SHALIA BROWN, | ) |
| | ) |
| Defendant. | ) |

Case No. 2:12MJ00103-GGH

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIFFANY SHALIA BROWN__ , Case No. __

__2:12MJ00103-GGH__  , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)        __Pretriral conditions as previously ordered.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 20, 2012__ at __3:28 pm__ .

By   /s/ Gregory G. Hollows
_____
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court